# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN
## MADISON DIVISION

KRISTOPHER C. ROSCHE,

    Plaintiff,

v.

                                       Case No. 3:20-cv-00178-slc

TRUEACCORD CORP.,

    Defendant.

## PLAINTIFF'S NOTICE OF ACCEPTANCE
## OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68(a), Plaintiff, KRISTOPHER C. ROSCHE, through undersigned counsel, hereby accepts and offers notice that he accepted Defendant, TRUEACCORD CORP.'s Offer of Judgment dated April 6, 2020, attached as Exhibit A.

DATED: April 20, 2020                        Respectfully submitted,

                                            */s/ Mohammed O. Badwan*

                                            Mohammed O. Badwan
                                            Joseph S. Davidson
                                            SULAIMAN LAW GROUP, LTD.
                                            2500 South Highland Avenue
                                            Suite 200
                                            Lombard, Illinois 60148
                                            +1 630-575-8181
                                            mbadwan@sulaimanlaw.com
                                            jdavidson@sulaimanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Wisconsin by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Mohammed O. Badwan*