# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**
**EAU CLAIRE DIVISION**

| | | |
|---|---|---|
| KRISTOPHER C. ROSCHE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:20-CV-00178 |
| | ) | |
| vs. | ) | |
| | ) | |
| TRUEACCORD CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**OFFER OF JUDGMENT**

Defendant TrueAccord Corp ("TrueAccord"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 68, hereby serves an offer of judgment to be taken against it and in favor of Plaintiff, Kristopher C. Rosche, as follows:

1.      TrueAccord makes this Offer of Judgment as to all claims set forth in Plaintiff's Complaint and Judgment shall be entered against TrueAccord in the total amount of **ONE THOUSAND DOLLARS** ($1,00.00), as follows: **ONE THOUSAND DOLLARS** ($1,000.00) for damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq, and* **FIVE HUNDRED DOLLARS** ($500) for damages under the Automatic Stay (11 U.S.C. § 362).

2.      In addition, the Judgment entered against TrueAccord shall include an amount for Plaintiff's reasonable attorney's fees and costs incurred in connection with Plaintiff's prosecution of her claims alleged against TrueAccord, in an amount to be agreed upon by counsel or, alternatively, as determined by the Court.

**DATED:** April 6, 2020

Accepted: _____        Date: _____

1

Respectfully submitted,

**TRUEACCORD CORP.**

By:     */s/ Nicole M. Strickler*

Nicole M. Strickler
Messer Strickler, Ltd.
225 W. Washington Street, Suite 575
Chicago, IL 60606
(312) 334-3474
(312) 334-3473 (fax)
Nstrickler@messerstrickler.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that as of the date stated below a true and accurate copy of the above was served on counsel for Plaintiff via email and regular mail, U.S. postage prepaid, and addressed to:

Joseph S. Davidson
Attorney
ATLAS CONSUMER LAW, A DIVISION OF SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
D: +1 630-581-5450
F: +1 630-575-8188
jdavidson@sulaimanlaw.com

Dated: 4/6/20                                    By: /s/ Nicole M. Strickler

2