IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISTOPHER C. ROSCHE,

    Plaintiff,

    v.                                                Case No.  20-cv-178-jdp

TRUEACCORD CORP.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kristopher C. Rosche against defendant TrueAccord Corp. in the amount of $1,500.00.

    s/ K. Frederickson, Deputy Clerk           September 21, 2020
    Peter Oppeneer, Clerk of Court                   Date